# Blodnick Fazio & Associates PC

Edward K. Blodnick, Esq.
Thomas R. Fazio, Esq.

Deborah J. Mazzola, Practice Administrator

Paul A. Lanni, Esq.
Steven R. Talan, Esq.
Jonathan J. Arzt, Esq.

July 19, 2012

*VIA ECF FILING*
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Allstate Insurance Company v. Anatoly Yuryev, et al.
      Case No.: 11-CV-5390 (MKB) (RML)

Dear Judge Levy:

  As you are aware, this office represents the defendants, Anatoly Yuryev, L.Ac., Points of Health Acupuncture, P.C. ("Points"), Altercare Acupuncture, P.C. ("Altercare"), Eastern Star Acupuncture, P.C. ("Eastern"), Vladimir Sirota, Vlad Management Group, L.L.C., Igor Belyansky, Tristate N.Y. L.L.C., Yaroslav Kotlovskiy, Svetlana Kotlovskiy, Atlantis N.Y. L.L.C., KYDS L.L.C., Igor Tsimmerman, ITA Family L.P., Conduit Consulting L.L.C., Gennadiy Belzer and LGB Corp. in connection with the above-referenced action.

  The parties are continuing the process of attempting to resolve this matter. Therefore, it is respectfully requested that the Court adopt and so-order the modified discovery schedule as set forth within the enclosed Stipulation while these efforts are undertaken.

1325 Franklin Avenue, Suite 555 | Garden City, New York 11530
p. 516. 280. 7105   f. 516. 280. 7102   w. www.blodnickfaziolaw.com

Blodnick, Fazio & Associates, P.C.

Date
Name
Page 2

Thank you for your time and kind consideration of this matter.

Respectfully submitted,

BLODNICK FAZIO & ASSOCIATES, P.C.

/S/ Jonathan J. Arzt
Jonathan J. Arzt (JA 6303)
1325 Franklin Avenue, Suite 555
Garden City, New York 11530
T: (516) 280-7105
F: (516) 280-7102

Enclosure

cc: All counsel via ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, ALLSTATE NEW JERSEY
INSURANCE COMPANY, ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

11-CV-5390 (MKB)(RML)

Plaintiffs,

-against-

ANATOLY YURYEV, L.Ac.,

-and-

POINTS OF HEALTH ACUPUNCTURE, P.C., ALTERCARE
ACUPUNCTURE, P.C., and EASTERN STAR
ACUPUNCTURE, P.C.,

(The "PC Defendants")

-and-

VLADIMIR SIROTA, VLAD MANAGEMENT GROUP,
L.L.C., REGIONAL MARKETING, INC., IGOR BELYANSKY,
ELLA SUSHEVICH, TRISTATE N.Y. L.L.C., YAROSLAV
KOTLOVSKIY, SVETLANA KOTLOVSKIY, ATLANTIS
N.Y. L.L.C., KYDS L.L.C., IGOR TSIMMERMAN, ITA FAMILY,
L.P., CONDUIT CONSULTING L.L.C., GENNADIY BELZER,
LGB CORP., HADLEY BENOIT and QUEENS BROOK
MANAGEMENT CO., INC.,

(The "Management Defendants")

Defendants.
-----------------------------------------------------------------X

## STIPULATION

It is hereby stipulated and agreed by and between the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company (collectively "Allstate"), and Defendants, Anatoly Yuryev, L.Ac., Points of Health Acupuncture, P.C., Altercare Acupuncture, P.C., Eastern Star Acupuncture, P.C., Vladimir Sirota, Vlad Management Group, L.L.C., Igor Belyansky, Tristate

N.Y. L.L.C., Yaroslav Kotlovskiy, Svetlana Kotlovskiy, Atlantis N.Y. L.L.C., KYDS L.L.C., Igor Tsimmerman, ITA Family, L.P., Conduit Consulting L.L.C., Gennadiy Belzer and LGB Corp. (collectively the "Defendants") that:

1. The time for the Defendants to respond to the Plaintiffs' Document Requests is extended up to and including Monday, August 6, 2012.

2. The time for the Plaintiffs to respond to the Defendants' Document Requests is extended up to and including Wednesday, August 29, 2012.

Respectfully Submitted,

Respectfully Submitted,

Max Gershenoff (MG 4648)
RIVKIN RADLER, L.L.P.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

Jonathan J. Arzt (JA 6303)
BLODNICK FAZIO & ASSOCIATES, P.C.
1325 Franklin Avenue, Suite 555
Garden City, New York 11530
(516) 280-7105

*Attorneys for Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company and Allstate Property & Casualty Insurance Company*

*Attorneys for Defendants, Anatoly Yuryev, L.Ac., Points of Health Acupuncture, P.C., Altercare Acupuncture, P.C., Eastern Star Acupuncture, P.C., Vladimir Sirota, Vlad Management Group, L.L.C., Igor Belyansky, Tristate N.Y. L.L.C., Yaroslav Kotlovskiy, Svetlana Kotlovskiy, Atlantis N.Y. L.L.C., KYDS L.L.C., Igor Tsimmerman, ITA Family, L.P., Conduit Consulting L.L.C., Gennadiy Belzer and LGB Corp.*

Dated: July 19, 2012